USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-4-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN OLIVERI,

                 Petitioner,

    - against -

STATE OF NEW YORK,

                 Respondent.

ORDER

07 Civ. 8262 (CM) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following the conclusion of Petitioner's state court proceedings,

**IT IS HEREBY ORDERED** that Respondent's time to file an answer or other pleading to the petition is extended from December 21, 2007, to **September 15, 2008.**

**IT IS FURTHER ORDERED** that Petitioner may file reply papers no later than **October 13, 2008.**

**SO ORDERED** this 4th day of August 2008
New York, New York

_____
The Honorable Ronald L. Ellis
**United States Magistrate Judge**