UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————— x

JOHN OLIVERI,

        Petitioner,

   -against-                                 07 Civ. 8262 (CM)(RLE)

THE STATE OF NEW YORK,

        Respondent.
—————————————————————————— x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/20/11
```

MEMORANDUM DECISION AND ORDER ADOPTING THE
REPORT AND RECOMMENDATION OF THE MAGISTRATE
JUDGE AS THE OPINION OF THE COURT AND DENYING
THE PETITION FOR A WRIT OF HABEAS CORPUS

McMahon, J.:

    The court has reviewed the Report and Recommendation of The Hon. Ronald L. Ellis, U.S.M.J., in which the learned Magistrate Judge recommends that the petition for a writ of habeas corpus be denied and this action dismissed.

    I have also reviewed petitioner's objections to the Report, which simply restate the various defective arguments identified by Judge Ellis in his Report.

    The Report is accepted and adopted as the opinion of the Court. The petition for a writ of habeas corpus is DENIED for the reasons stated in the Report. The Clerk of the Court is directed to close this case.

Dated: January 20, 2010

                                                                 [signature]
                                                                    U.S.D.J.

Copies mailed/faxed/handed to counsel on 1/20/11

BY FIRST CLASS MAIL TO:

John Oliveri, Petitioner pro se
03 A 1785
Woodbourne Correctional Facility
PO Box 1000
Woodbourne, NY  12788

Noah J. Chamoy, ADA
Office of Robert T. Johnson
Bronx County District Attorney
198 East 161st Street
Bronx, NY  10451